IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br>     Appellant, <br><br>     v. <br><br> BROWNSVILLE PROPERTY CORPORATION, INC., ET AL., <br>     Appellees. | Civil Action No. 07-176 <br><br> Procedural Order for <br>  Bankruptcy Appeals |

<u>ORDER</u>

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania. In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

    (1)    The appellant shall serve and file their brief by March 5, 2007.

    (2)    The appellees shall serve and file their brief by March 20, 2007.

    (3)    The appellant may serve and file a reply brief by March 30, 2007.

    (4)    No extensions of time will be permitted without order of the Court.

                                      BY THE COURT:

                                      <u>s/Gary L. Lancaster</u>
                                      Gary L. Lancaster,
                                      United States District Judge

Dated: February 14, 2007

cc: All counsel of record